No. 2825. López, Appellant, v. Millán, Appellee.—First
District Court of San Juan. Decided July 28, 1923. The
conflict in the evidence having been adjusted by the trial
court in favor of the defendant, the appellant not having set
out in his brief a concise statement of the case or assignment
of errors, and no fundamental error appearing, the judg-
ment is affirmed.

No. 3139. Successors of Abarca, Appellants, v. Nones
et al., Appellees.—Debt. District Court of Ponce. De-
cided November 6, 1923. Appeal dismissed on motion of
the appellee acquiesced in by the appellant.

No. 3175. Fernández et al., Appellants, v. Lizardi et
al., Appellees.—Revendication. District · Court of Huma-
cao. Decided November 6, 1923. Dismissed for abandon-
ment.

No. 3150. Bonilla, Appellant, v. Robles, Appellee.—
District Court of Aguadilla. Decided November 6, 1923.
The appeal from a ruling on a memorandum of costs is dis-
missed because, being from a special order made after final
judgment, it was not taken within 10 days, in accordance
with subdivision 3 of section 295 of the Code of Civil Pro-
cedure.

No. 212. Del Valle, Petitioner, v. District Court of
Aguadilla.—Mandamus. Decided November 8, 1923. The
question raised was argued and decided after hearing the
district attorney, and there being no showing of an abuse
of discretion, such as in *Dyer* v. *Rossy*, 23 P. R. R. 718, con-
sidering also the cases of *People* v. *Farís*, 25 P. R. R. 103,
and *People* v. *Ibern*, 31 P. R. R. 867, the writ was denied.